O'HERLIHY, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Timothy O'Herlihy against Adrian H. Joline and another. B. H. Ames, for appellants. T. J. O'Neill, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
LAUGHLIN, J., dissenting.

O'KEEFFE et al., Respondents, v. WILLIAMS ENGINEERING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by William C. O'Keeffe and another against the Williams Engineering & Contracting Company. No opinion. Judgment affirmed, with costs.

OLSEN, Respondent, v. McMULLEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Olaf P. Olsen against Arthur McMullen and another. No opinion. Judgment and order unanimously affirmed, with costs.

OLSEN, Respondent, v. NEWARK MEADOWS IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Berger A. Olsen against the Newark Meadows Improvement Company.
PER CURIAM. Judgment and order affirmed, with costs.
BURR, J., dissents.

O'NEILL et al., Appellants, v. CAMPBELL et al., Respondents. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Thomas J. O'Neill and another against Christopher Campbell and another. F. F. Fish. for appellants. L. Cohn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 118 App. Div. 64, 103 N. Y. Supp. 150.

O'NEILL, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by James L. O'Neill, as assignee of the Paul Whitin Manufacturing Company, against D. Levis Moore. No opinion. Interlocutory judgment affirmed, with costs.

O'NEILL, Respondent, v. O'NEILL, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by John O'Neill against Ellen O'Neill. No opinion. Judgment and order affirmed, without costs.

OSTERHOUSE, Respondent, v. SANDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Ola Osterhouse against Leo Sander and another, impleaded with others. No opinion. Motion to dismiss appeal granted, with costs.

PAGE, Respondent, v. WATERTOWN GASLIGHT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Joseph Page against the Watertown Gaslight Company. No opinion. Appeal dismissed without costs on stipulation filed.

PALMATEER, Appellant, v. OAKS et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by George Palmateer against Joseph A. Oaks and another. No opinion. Judgment unanimously affirmed, with costs.

PARKER, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Robert Parker against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

PARSONS, Respondent, v. PARSONS, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Ethel M. Parsons against Arthur H. Parsons. No opinion. Judgment reversed on law and facts upon the ground that the evidence failed to show abandonment of the plaintiff by the defendant, and new trial granted.

PASSARELLI, Appellant, v. RAMUNNO et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by John Passarelli against Raffaele Ramunno and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

PECK, Appellant, v. PECK, Respondent. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by William H. Peck against John A. Peck, individually, etc. J. M. Fisk, for appellant. H. Thompson, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion to limit examination denied, with $10 costs. Order filed.

PENISTON v. COLEMAN et al. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by William W. Peniston against John M. Coleman and another.
PER CURIAM. Motion denied, without costs. There is a dispute between the parties as to the exact language used when the motions to direct a verdict were made by plaintiff and defendants, respectively. As the return follows exactly the stenographer's minutes as to the proceedings except that it fails to show that before making the motion, plaintiff's counsel directed him to take the stand, and that he walked within the inclosure about the witness stand and stood there while the motions were being made, without having been sworn, we think that the judge should not be asked to correct the return. Particularly is this so in view of the fact that in our opinion the point raised by the plaintiff-appellant that he should have been allowed to withdraw his motion to